BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant LOPEZ-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 10-00660 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING SENTENCING DATE |
| ) | |
| ) | |
| EFRAIN LOPEZ-TORRES, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case with respect to Efrain Lopez-Torres, currently scheduled for Thursday, September 29, 2011, at 10:00 a.m. before Honorable Saundra Brown Armstrong, may be continued to Monday, November 14, 2011, at 10:00 a.m. for sentencing. The reason for the requested continuance is that defense counsel is not available on September 29, 2011. Furthermore, there is sentencing mitigation that defense counsel would like additional time to continue investigating this information before filing a sentencing memorandum prior to sentencing.

*U S v. Lopez-Torres.,* CR 10-00660 SBA;
Stip. Continuing Sentencing - 1 -

Defense counsel has spoken to United States Probation Officer Karen Mar about the proposed continuance and she has no objection.

DATED: 9/20/11                     \_\_\_\_/s/_____
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender


DATED: 9/20/11                     _____/s/_____
                                   JOSHUA HILL
                                   Assistant United States Attorney


I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Thursday, September 29, 2011, at 10:00 a.m., is hereby continued to Monday, November 14, 2011, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED:    9/22/11                  _____*Saundra B Armstrong*_____
                                   HONORABLE SAUNDRA BROWN ARMSTRONG
                                   United States District Judge